UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 34574
   SALUSTIO L ARTEAGA
   IMELDA MARIE ARTEAGA                         CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2451    SSN XXX-XX-4202

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/30/05 and confirmed on 10/28/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  24050.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 10966.56 | 1211.89 | 10966.56 |
| ADVENTIST HEALTH PARTNER | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ALAN L MILLLER | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 7225.12 | .00 | 2117.01 |
| DISCOVER BANK | UNSECURED | 10660.86 | .00 | 3123.71 |
| DUPAGE EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2065.47 | .00 | 605.20 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| IPC OF ILLINOIS | UNSECURED | 106.90 | .00 | 31.32 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |

```
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
LOYOLA UNIV MEDICAL CENT UNSECURED        NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         2398.97              .00         702.92
ROCKFORD MERCANTILE AGEN UNSECURED          141.57              .00          41.48
SINAI MEDICAL GROUP      UNSECURED        NOT FILED             .00            .00
TRI COUNTY ACCOUNTS      UNSECURED        NOT FILED             .00            .00
TRI COUNTY ACCOUNTS      UNSECURED        NOT FILED             .00            .00
AFNI/VERIZON             UNSECURED        NOT FILED             .00            .00
WESTERN SUBURBAN CARDIOL UNSECURED        NOT FILED             .00            .00
WOODRIDGE CLINIC         UNSECURED        NOT FILED             .00            .00
CAPITAL ONE BANK         UNSECURED         5688.28              .00        1666.71
```

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10966.56 | .00 | 28287.17 | .00 | 39253.73 |
| PRINCIPAL PAID | 10966.56 | .00 | 8288.35 | .00 | 19254.91 |
| INTEREST PAID | 1211.89 | .00 | .00 | .00 | 1211.89 |
| TOTAL PAID | 12178.45 | .00 | 8288.35 | .00 | 20466.80 |

The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $    2700.00
and was paid $    200.00  direct and $   2500.00  through the plan.

The Trustee received $   1083.20 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/10/09              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE

```
                        PAGE   3
CASE NO. 05 B 34574 SALUSTIO L ARTEAGA & IMELDA MARIE ARTEAGA
```